IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

CARMEN JULIA ROLDAN VELAZQUEZ

DEBTOR(S)

CASE NO. 20-01531-ESL

CHAPTER 13

**AMENDED DOCUMENT**

## TRUSTEE'S REPORT ON CONFIRMATION

1. The applicable commitment period (years) is: 3

2. The liquidation value of the estate is $: to be determined

3. The general unsecured pool is $: 0

AMENDED PLAN DATE: March 28, 2020     PLAN BASE: $9,000.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 5/29/2020

[ ] FAVORABLE     [X] UNFAVORABLE

**1. [X] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):**

Trustee's objection to claim 3 by claimant Empresas Berrios, since evidence of security is missing. Objection is pending adjudication.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

/s/ Pedro R Medina
Pedro R Medina

Atty: ROBERTO FIGUEROA

USDC #226614
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - EN