**IN THE UNITED STATES BANKRUPTCY COURT**
District of Puerto Rico

| | |
|---|---|
| IN RE: **CARMEN JULIA ROLDAN VELAZQUEZ** **xxx–xx–7674** Debtor(s) | Case No. **20–01531 ESL** Chapter **13** FILED & ENTERED ON 5/26/23 |

### ORDER GRANTING UNOPPOSED MOTION

This case is before the Court on the following motion: Motion requesting to deem amended the base of the plan filed by Chapter 13 Trustee, docket #32.

The motion having been duly notified, no replies or objections having been filed timely, the Court having reviewed the same and good cause appearing thereof, the motion is hereby granted.
In San Juan, Puerto Rico, this Friday, May 26, 2023 .

Enrique S. Lamoutte
United States Bankruptcy Judge